# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

SOJOURNER CENTER,

    Plaintiff(s)/Petitioner(s),

vs.

BACKPAGE.COM LLC et al.,

    Defendant(s)/Respondent(s)

CASE NO: 2:17-cv-00399

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, David Boies II, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff Sojourner Center.

**City and State of Principal Residence:** Armonk, New York
**Firm Name:** Boies, Schiller & Flexner LLP
**Address:** 333 Main Street    Suite:
**City:** Armonk    **State:** NY    **Zip:** 10504
**Firm/Business Phone:** (914) 749-8200
**Firm Fax Phone:** (914) 749-8300    **E-mail Address:** dboies@bsfllp.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| United States Supreme Court | 10/29/1974 | ✓ Yes | ☐ No* |
| State of New York | 03/27/1967 | ✓ Yes | ☐ No* |
| See Attachment A for additional courts | | ☐ Yes | ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ✓ No

Have you ever been disbarred from practice in any Court?    ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

2/17/2017

**Date**

*/s/ David Boies*

**Signature of Applicant**

Fee Receipt #

(Rev. 04/12)

## Attachment A
(Additional courts to which David Boies II is admitted)

| COURT | ADMITTED | Member in Good Standing |
|---|---|---|
| United States District Court, Eastern District of New York | June 5, 1981 | Yes |
| United States District Court, Southern District of New York | September 6, 1991 | Yes |
| United States District Court, District of Colorado | September 1, 2000 | Yes |
| United States District Court, Eastern District of Wisconsin | December 5, 2011 | Yes |
| United States Court of Appeals, First Circuit | July 7, 2006 | Yes |
| United States Court of Appeals, Second Circuit | April 17, 1967 | Yes |
| United States Court of Appeals, Third Circuit | September 8, 1995 | Yes |
| United States Court of Appeals, Fourth Circuit | January 16, 2001 | Yes |
| United States Court of Appeals, Fifth Circuit | January 20, 2009 | Yes |
| United States Court of Appeals, Sixth Circuit | August 26, 2003 | Yes |
| United States Court of Appeals, Seventh Circuit | March 22, 2002 | Yes |
| United States Court of Appeals, Ninth Circuit | November 13, 1972 | Yes |
| United States Court of Appeals, Tenth Circuit | November 20, 1973 | Yes |
| United States Court of Appeals, Eleventh Circuit | April 8, 2009 | Yes |
| United States Court of Appeals, Federal Circuit | February 9, 2001 | Yes |
| United States Court of Appeals, D.C. Circuit | February 6, 1985 | Yes |
| United States Court of International Trade | January 5, 1982 | Yes |
| United States Court of Federal Claims | November 16, 2011 | Yes |