David Boies
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
T: (914) 749-8200
F: (914) 749-8300
dboies@bsfllp.com

Andrew S. Gordon (003660)
Vidula U. Patki (030742)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
T:  (602) 224-0999
F:  (602) 224-6020
agordon@cblawyers.com
vpatki@cblawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SOJOURNER CENTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BACKPAGE.COM LLC; EVILEMPIRE.COM; BIGCITY.COM; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; POSTFASTER.COM; WEBSITE TECHNOLOGIES, LLC; IC HOLDINGS, LLC; DARTMOOR HOLDINGS LLC; ATLANTISCHE BEDRIJVEN C.V.; KICKAPOO RIVER INVESTMENTS, LLC; AMSTEL RIVER HOLDINGS, LLC; POSTFASTER, LLC; CLASSIFIED SOLUTION LTD; MEDALIST HOLDINGS, INC.; CAMARILLO HOLDINGS, LLC; UGC TECH GROUP C.V.; JOHN E. BRUNST; and SCOTT SPEAR,<br><br>　　　　　Defendants. | Case No.:  2:17-cv-00399-GMS<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT POSTFASTER.COM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

{00292289.1 }

**PLEASE TAKE NOTICE** that Plaintiff Sojourner Center, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in this action against Defendant Postfaster.com.

Federal Rule of Civil Procedure 41(a)(1)(A) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendant Postfaster.com has not even been served in this matter, meaning the claims in this action against Defendant Postfaster.com may be dismissed properly without court order. The dismissal of Defendant Postfaster.com from this action is premised on the representation of Daniel J. Quigley, Esq., that Postfaster.com is not an entity, but an Internet domain registration that is owned and/or operated by Defendant Postfaster LLC, which has been served. Mr. Quigley is the attorney for Defendant Postfaster LLC. Should future discovery in this matter reveal that Mr. Quigley's representations are not accurate, Plaintiff Sojourner Center reserves the right to rename Postfaster.com as a defendant in this action.

DATED this 2nd day of May, 2017.

**BOIES SCHILLER FLEXNER LLP**

By s/David Boies
    David Boies

    Karen A. Chesley
    Joanna Wright
    Benjamin Margulis
    Dan G. Boyle
    Alexander Boies
    Ruby J. Garrett
    575 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 446-2300
    Facsimile:  (212) 446-2350
    kchesley@bsfllp.com
    jwright@bsfllp.com

**COPPERSMITH BROCKELMAN PLC**


By s/Vidula U. Patki
   Andrew S. Gordon
   Vidula U. Patki
*Attorneys for Plaintiff Sojourner Center*


**LEGAL MOMENTUM**


By s/Carol Robles-Román
   Carol Robles-Román
   Penny Venetis
   O. Iliana Konidaris
   Caitlin McCartney
   16 East 34th Street
   New York, NY 10016
   Telephone: (212) 413-7544

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmission of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Verna Colwell