David Boies (*Pro Hac Vice*)
Karen A. Chesley (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
T: (914) 749-8200
F: (914) 749-8300
dboies@bsfllp.com
kchesley@bsfllp.com

Andrew S. Gordon (003660)
Vidula U. Patki (030742)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona  85004
T:  (602) 224-0999
F:  (602) 224-6020
agordon@cblawyers.com
vpatki@cblawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SOJOURNER CENTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BACKPAGE.COM LLC; EVILEMPIRE.COM; BIGCITY.COM; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; POSTFASTER.COM; WEBSITE TECHNOLOGIES, LLC; IC HOLDINGS, LLC; DARTMOOR HOLDINGS LLC; ATLANTISCHE BEDRIJVEN C.V.; KICKAPOO RIVER INVESTMENTS, LLC; AMSTEL RIVER HOLDINGS, LLC; POSTFASTER, LLC; CLASSIFIED SOLUTION LTD; MEDALIST HOLDINGS, INC.; CAMARILLO HOLDINGS, LLC; UGC TECH GROUP C.V.; JOHN E. BRUNST; and SCOTT SPEAR,<br><br>　　　　　　Defendants. | Case No.:  2:17-cv-00399-GMS<br><br>Plaintiff's Notice of Dismissal Without Prejudice |

{00305469.1 }

Pursuant to Federal Rule of Civil Procedure 41(a)(1) (A)(i), plaintiff, Sojourner Center, gives notice that it hereby dismisses this matter without prejudice.

Respectfully submitted this 7th day of July, 2017.

**BOIES SCHILLER FLEXNER LLP**

David Boies (*Pro Hac Vice*)
Karen A. Chesley (*Pro Hac Vice)*

**COPPERSMITH BROCKELMAN PLC**

By s/Andrew S. Gordon
Andrew S. Gordon
Vidula U. Patki
*Attorneys for Plaintiff Sojourner Center*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmission of a Notice of Electronic Filing to all CM/ECF registrants.

s/Georgina S. Hadley
Georgina S. Hadley