# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sojourner Center, | No. CV-17-00399-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Backpage.com LLC, et al., | |
| Defendants. | |

Pursuant to Plaintiff's Notice of Dismissal Without Prejudice (Doc. 73) and good cause appearing,

**IT IS ORDERED** dismissing this action without prejudice.

Dated this 7th day of July, 2017.

_____
Honorable G. Murray Snow
United States District Judge